Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
IN RE:                                              :
Fosamax Products Liability Litigation   :   1:06-md-1789 (JFK)
                                                    :
------------------------------------------------------x
*This Document Relates to:*                 :   **NOTICE OF APPEARANCE**
Dixie Duncan and                            :
Kenneth Duncan                              :
v. Merck & Co., Inc.                        :
                                                    :
Case No: 1:08-cv-4171-JFK                :
------------------------------------------------------x

     PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: June 2, 2008
      New York, New York         Respectfully submitted,


                                       By: /s/
                                          David J. Heubeck

                                          Venable LLP
                                          750 E. Pratt Street
                                          Suite 900
                                          Baltimore, MD 21202
                                          Tel: (410) 244-7731
                                          Fax: (410) 244-7742
                                          Email: djheubeck@venable.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                                  /s/
                                      David J. Heubeck

                                      Venable LLP
                                      750 E. Pratt Street
                                      Suite 900
                                      Baltimore, MD 21202
                                      Tel:  (410) 244-7731
                                      Fax:  (410) 244-7742
                                      Email: djheubeck@venable.com